# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00601-CV

**In re Charles Lee, Jr.**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

On September 7, 2010, relator Charles Lee, Jr. filed a pro se petition for writ of mandamus complaining that the 277th District Court had failed to timely act on his motion for forensic DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.01 (West Supp. 2010). The Court asked the State to respond to the petition.

On October 13, the State filed a response stating that the trial court denied Lee's testing motion on October 11, 2010. A copy of the order is attached to the reply. Because Lee has received the relief he sought, the petition for writ of mandamus is denied.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed: October 29, 2010